IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGELA RENE COLLINS, and <br> JOSEPH M. HENDRICKSON <br><br> Plaintiffs, <br><br> VS. <br><br> PIGS UNLIMITED INTERNATIONAL, INC. <br><br> Defendants | Civil Action No. 4:14-cv-01356 <br> **JURY TRIAL REQUESTED** |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendant discloses the following persons or entities having a financial interest in the outcome of this litigation:

**Plaintiffs:**
Angela Rene Collins
Joseph M. Hendrickson

**Counsel for Plaintiffs:**
Howard L. Steele, Jr.
Tyrone L. Haynes
Steele Law Group, PLLC

**Defendant:**
Pigs Unlimited International, Inc.

Respectfully submitted,

SCHWARTZ, JUNELL, GREENBERG
& OATHOUT, L.L.P.

/s/ Monica F. Oathout
Monica F. Oathout
[TBN 07088230; Fed Id 8846]
moathout@sjgolaw.com
Steven R. Rech
[TBN: 16649200; Fed Id 15801]]
srech@sjgolaw.com
909 Fannin, Suite 2700
Houston, Texas 77010
(713) 752-0017 Telephone
(713) 752-0327 Telecopier

Attorneys for Defendant,
Pigs Unlimited International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2014, I electronically filed *Defendant's Certificate of Interested Parties* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard L. Steele, Jr.
Tyrone L. Haynes
Steele Law Group, PLLC
700 Louisiana Street, Suite 3950
Houston TX 77002

/s/ Monica F. Oathout
Monica F. Oathout